# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: DORSEY M. GREEN & KATHY GREEN  Case Number: 05-70578
1112 HOLMES PLACE
DEKALB, IL  60115

SSN-xxx-xx-5364 & xxx-xx-0332

Case filed on: 2/15/2005
Plan Confirmed on: 4/1/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $23,782.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JEFFREY A BIVENS | 1,900.00 | 1,900.00 | 1,900.00 | 0.00 |
|  | Total Legal | 1,900.00 | 1,900.00 | 1,900.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 590.35 | 590.35 | 590.35 | 0.00 |
|  | Total Priority | 590.35 | 590.35 | 590.35 | 0.00 |
| 999 | DORSEY M. GREEN | 0.00 | 0.00 | 933.17 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 933.17 | 0.00 |
| 001 | DELL FINANCIAL | 200.00 | 200.00 | 200.00 | 12.47 |
| 002 | THE NATIONAL BANK & TRUST CO SYCAMORE | 8,000.00 | 8,000.00 | 8,000.00 | 520.02 |
|  | Total Secured | 8,200.00 | 8,200.00 | 8,200.00 | 532.49 |
| 001 | DELL FINANCIAL | 1,576.17 | 1,576.17 | 1,576.17 | 0.00 |
| 002 | THE NATIONAL BANK & TRUST CO SYCAMORE | 4,486.77 | 4,486.77 | 4,486.77 | 0.00 |
| 004 | AISHLING OBSTETRICS & GYNECOLOGY | 142.72 | 142.72 | 142.72 | 0.00 |
| 005 | ASPIRE VISA | 1,560.64 | 1,560.64 | 1,560.64 | 0.00 |
| 006 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CROSS COUNTRY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DEKALB CLINIC CHARTERED | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 1,778.70 | 1,778.70 | 1,778.70 | 0.00 |
| 010 | AFNI/VERIZON | 209.66 | 209.66 | 209.66 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 471.40 | 471.40 | 471.40 | 0.00 |
|  | Total Unsecured | 10,226.06 | 10,226.06 | 10,226.06 | 0.00 |
|  | Grand Total: | 20,916.41 | 20,916.41 | 21,849.58 | 532.49 |

Total Paid Claimant:     $22,382.07
Trustee Allowance:       $1,399.93         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     100.00         discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan